LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
    Mariana Islands
Horiguchi Building; Third Floor
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-00017 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| DOMINIC CHPTWELONG, *et al.*, | |
| Defendants. | |

I hereby certify that on May 21, 2008, I electronically filed the parties' Stipulated Motion to Continue Deadline for Pre-trial Motions with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: George L. Hasselback, Esq., at dbanes@saipan.com; Steven P. Pixley, Esq., at sppixley@aol.com; and Robert T. Torres, Esq., at rttlaw@pticom.com.

                                          LEONARDO M. RAPADAS
                                          United States Attorney
                                          Districts of Guam and the Northern Mariana Islands

                                          /s/ *Beverly R. McCallum*
                                          BEVERLY R. McCALLUM
                                          Assistant United States Attorney
                                          E-mail: beverly.mccallum@usdoj.gov