FILED
Clerk
District Court

MAY 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff            )          Case No.: CR 08-00017
                                         )
        -vs-                             )
                                         )
DOMINIC CHPTWELONG, *et al.*,            )
                                         )          **ORDER**
                                         )
                    Defendants.          )
_____         )

        Upon the stipulated motion of the parties, and good cause appearing,

        IT IS HEREBY ORDERED that the stipulated motion to continue the deadline for filing pre-trial

motions from May 29, 2008, is granted.  Pre-trial motions shall be filed on or before Monday,

June 23, 2008.


                                DATED this 21ˢᵀ day of May, 2008.



                                _____
                                ALEX R. MUNSON
                                UNITED STATES DISTRICT JUDGE