Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Defendant as to James Ochcha

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINIC CHPTWELONG,<br>MASAIOSHY DAIKICHI SALLEM,<br>and JAMES OCHCHA<br><br>Defendants. | Criminal Case No. 08-00017<br><br><br>MOTION TO APPOINT<br>TRANSLATOR/<br>INTERPRETER |

Defendant **JAMES OCHCHA**, by and through Counsel Robert T. Torres, hereby respectfully moves this Court to allow him to hire a translator/interpreter. This request is supported with the following:

On May 16, 2008, this Court appointed Mr. Torres as Counsel for the Defendant, Mr. Ochcha. *See attached* "Appointment of Counsel". The arraignment in this case was heard before this court at 3:15 p.m., on May

15, 2008. In that hearing, Mr. Sandy Hambros was sworn as a translator/interpreter of the Chukese language and translated for Mr. Ochcha . Defendant's counsel avers and justifies to this court that the need for translator/interpreter services is necessary because Mr. Ochcha does not understand nor speak English well.

In order for counsel to adequately defend Mr. Ochcha in his case as well as this upcoming Jury Trial, a translator/interpreter is needed to assist counsel and his client. However, Mr. Ochcha does not have the necessary funds to hire a translator/interpreter. Mr. Ochcha should to able to go into trial with a proper defense without regard to his financial situation.

For the foregoing reasons, Mr. Ochcha respectfully requests that this Court grant his motion and allow him to hire a translator/interpreter of his choice.

Respectfully submitted this 19th day of May, 2008.

_____/s/_____
Robert Tenorio Torres, F0197
Attorney for Defendant Ochcha

Office of the Clerk
District Court
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

Galo L. Perez
Clerk

Tel: (670) 236-2902
Facsimile: (670) 236-2910

May 16, 2008

TO : Robert T. Torres, Esq.
Law Office of Robert Tenorio Torres
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859
Fax: (670) 234-5749

FROM : Galo L. Perez, Clerk of Court
BY: Timothy V. Wesley, Deputy Clerk

SUBJECT : CJA - Appointment of Counsel
**CR-08-00017-003**
**UNITED STATES OF AMERICA -vs- JAMES OCHCHA**

The Court has ordered your appointment as counsel to represent Mr. **JAMES OCHCHA** in the above referenced matter.

Attached is a copy of the following documents for your reference:
1. Indictment filed on 05/14/2008;
2. Copy of Warrant for Arrest Issued.

Should you need more information regarding the defendant, the case file will be made available to you at the Clerk's Office upon your request.

Please respond or acknowledge your appointment immediately. Thank you very much for your understanding.

---

Acknowledge receipt of appointment by signing below

_____
Robert T. Torres, Esq.

**NOTE:** Upon acknowledgment, please fax to (670) 236-2910