# United States District Court

DISTRICT OF _the Northern Mariana Islands_

FILED
Clerk
District Court

MAY 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

V.

**JAMES OCHCHA,**
**DOB: 1956,**

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 08 - 00017**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _**JAMES OCHCHA, DOB: 1956**_
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy to Sell Government Property**
**Theft of Government Property**
**Destruction of Veterans' Memorials**

RECEIVED
MAY 14 2008
US MARSHALS SERVICE-CNMI

in violation of Title **18**, United States Code, Section(s) **371 and 641**
in violation of Title **18**, United States Code, Section(s) **641**
and in violation of Title **18**, United States Code, Section(s) **1369**

Bail fixed at $ _16,000_     by _[signature]_
                                    Name of Judicial Officer

**HONORABLE ALEX R. MUNSON**              **UNITED STATES DISTRICT JUDGE**
Name of Issuing Officer                                Title of Issuing Officer

_[signature]_                                         **SAIPAN, CNMI**
Signature of Issuing officer                        Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ SAIPAN, MP | | |
| DATE RECEIVED 05.14.08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 05.16.08 | JOE AUTHER FBI SA | JHall FOR J.A. |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____