1  LEONARDO M. RAPADAS
   United States Attorney
2  BEVERLY R. McCALLUM
   Assistant United States Attorney
3  District of the Northern
       Mariana Islands
4  Horiguchi Building; Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Tel: (670) 236-2980
6  Fax: (670) 236-2985

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 08-00017 |
| ) | |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | |
| DOMINIC CHIPWELONG, *et al.*, ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on July 1, 2008, I electronically filed the government's Motion to Continue Trial (First Request) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following participants: Robert Tenorio Torres, Esq., Steven P. Pixley, Esq., and George L. Hasselback, Esq. I further hereby certify that on July 1, 2008, I caused to be served via hand delivery, a copy of the aforementioned document to the following non-registered participants: Melinda Brunson and Margarita Wonenberg, United States Probation Officers.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the Northern Mariana Islands
  s/ *Beverly R. McCallum*
BEVERLY R. McCALLUM
Assistant United States Attorney
E-mail: beverly.mccallum@usdoj.gov

1