# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00017                                            July 1, 2008
                                                       9:15 a.m.

### UNITED STATES OF AMERICA  -v- JAMES OCHCHA

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            K. LYNN LEMIEUX, COURT ROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
            ROBERT TORRES, ATTORNEY FOR DEFENDANT
            JAMES OCHCHA, DEFENDANT

PROCEEDINGS:    **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Robert Torres.  Government was represented by Beverly McCallum,  AUSA.

Alfonis Sound was sworn as interpreter/translator of the Chukese language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of **GUILTY.**  Court found that the defendant was fully competent to enter a knowing and voluntary plea.  Court accepted the plea and the Plea Agreement.

Court ordered  a Presentence Investigation Report be submitted by  September 2, 2008 and that the **Sentencing hearing be set for Tuesday, October 7, 2008 at 9:00 a.m.**

Attorney Torres reported to the Court that the defendant's present third-party custodian needs to leave the Commonwealth and would like to come back to the Court to propose another third-party custodian.  Court set the matter for a hearing on July 3, 2008 at 10:00 a.m.  Court ordered that the defendant remain at liberty under all the same terms and conditions as previously set.

Adjourned at 10:05 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy