UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

JUL 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 08-00017 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| JAMES OCHCHA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office

for investigation and report. The presentence investigation report is due on **September 2, 2008.**

Sentencing is scheduled for **Tuesday, October 7, 2008** commencing at the hour of nine o'clock

a.m.

DATED this 1st day of July, 2008.

ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)