# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CR-08-00017-003　　　　　　　　　　　　　　　　　　　　　July 3, 2008
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10:05 a.m.

### UNITED STATES OF AMERICA  -vs- JAMES OCHCHA

PRESENT:　　HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
　　　　　　K. LYNN LEMIEUX, COURTROOM DEPUTY
　　　　　　SANAE SHMULL, COURT REPORTER
　　　　　　BEVERLY MCCALLUM, ASSISTANT U.S. ATTORNEY
　　　　　　JAMES OCHCHA, DEFENDANT
　　　　　　ROBERT TORRES, COURT-APPOINTED ATTORNEY FOR DEFENDANT
　　　　　　ALFONIS SOUND, INTERPRETER FOR DEFENDANT

PROCEEDINGS:  DEFENDANT'S MOTION TO MODIFY BAIL

　　　Defendant appeared with counsel Robert Torres and Interpreter Alfonis Sound.  Government was represented by Beverly McCallum,  Assistant United States Attorney.

　　　Alfonis Sound, interpreter/translator of the Chukese language was sworn .

　　　Robert Torres requested for the Court to release the defendant to the proposed third-party custodian, Piriky Romino in the absence of the original third-party custodian.

　　　Defense called proposed third-party custodian Piriky Romino to the witness stand.

　　　**PIRIKY  ROMINO**. DX.

　　　 Court found  Piriki Romino to be qualified as the third-party custodian for defendant and ordered that the defendant be released on all the previous set terms and conditions.

　　　　　　　　　　　　　　　　　　　　　　　Adjourned at 10:15 a.m.


　　　　　　　　　　　　　　　　　　　　　　　/s/ K. Lynn Lemieux, Courtroom Deputy