ORIGINAL

AO83  (Rev. 12/85) Summons in a Criminal Case



RECEIVED
JUL 09 2008
US MARSHALS SERVICE-CNMI

# United States District Court
## District of the Northern Mariana Islands

UNITED STATES OF AMERICA
V.

JAMES OCHCHA

Saipan, MP

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: CR-08-00017-003

FILED
Clerk
District Court
JUL - 9 2008
For The Northern Mariana Islands
By _____
(Deputy Clerk)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|---|
| | | Date and Time<br>July 10, 2008 at 11:30 a.m. |
| Before: | Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☑ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __3148__

Brief description of offense:

Conditions of Release:

(o) The defendant shall refrain from any use of alcohol.

(w) The defendant shall reside with and remain in the custody of the third-party custodian. The third-party custodian shall report any violations of release conditions to the U.S. Probation Office. The defendant shall be restricted to his residence every day from 6pm to 6am.

_/s/ Alex R. Munson/_
Signature of Issuing Officer

07/09/2008
Date

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

≈AO83    (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]   Date   07-09-08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Chalan Kanoa Dist *1, off of Enrique St ) Residence of Court Approved 3rd Party

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   7-9-08         J. G. Salas
              Date              Name of United States Marshal   (acting)

                                (by) Deputy United States Marshal

Remarks: by USPO M. Whowenburg in person And explained by CrDUSM. W. Calvert via her phone to the Defendant

[hand-drawn map showing: Susupe Lake, Mt. Carmel, Beach Rd, Texas Rd, US Post, Shaunt White Laundrt Two Story, Enrique St, Thrifty, Finn Sion Rd, Capital Market]

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.