# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00017-003

July 10, 2008
11:35 a.m.

### UNITED STATES OF AMERICA -v- JAMES OCHCHA

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
                K. LYNN LEMIEUX, COURTROOM DEPUTY
                SANAE SHMULL, COURT REPORTER
                BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
                ROBERT TORRES, ATTORNEY FOR DEFENDANT
                JAMES OCHCHA, DEFENDANT

PROCEEDINGS: VIOLATION HEARING

      Defendant was present with court appointed counsel, Attorney Robert Torres. Government was represented by Beverly McCallum, AUSA and U. S. Probation Officer, Margarita Wonenburg. Alfonis Sound was present as interpreter/translator.

      Defense stated that the defendant did admit to both violations.

      Government moved to revoke the defendant's liberty and that he be taken into custody. Attorney Torres agreed.

      Court ordered that the defendant's liberty be revoked.

      Defendant was remanded into the custody of the U.S. Marshal.

                                    Adj. 11:40 a.m.

                                    By: _____/s/_____
                                    K. Lynn Lemieux, Courtroom Deputy