**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00017-003 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | July 1, 2008 |
| vs. | ) | |
| | ) | CHANGE OF PLEA |
| JAMES OCHCHA, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
Clerk
District Court

AUG - 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

HONORABLE ALEX R. MUNSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:   Beverly R. McCallum
                 Assistant United States Attorney
                 MARIANAS DISTRICT
                 Horiguchi Building, Third Floor
                 P. O. Box 500377
                 Saipan, MP  96950-0377
                 Telephone: (670) 236-2980
                 Facsimile: (670) 236-2985

For Defendant:   Robert T. Torres
                 Attorney at Law
                 P. O. Box 503758
                 Saipan, MP  96950
                 Telephone: (670) 234-7859
                 Facsimile: (670) 234-5749

Also Present:    Defendant James Ochcha

Chuukese Interpreter:   Mr. Alfonis Sound

SANAE N. SHMULL
Official Court Reporter
P. O. Box 5128
Saipan, MP 96950